# In the United States Court of Appeals for the Fourth Circuit

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | No. 25-4202 |
| | ) | |
| Ryan E. Dales | ) | |

## Appellant's Second Consent Motion to Amend Briefing Schedule

Appointed Counsel requests a further 21-day extension of the deadline for Appellant's opening brief and the joint appendix.

Good cause exists for this extension. This matter has a complex record, involving a bifurcated trial that resulted in a guilty verdict on one set of charges, followed by a conditional plea agreement as to the remaining charges. In Counsel's judgment, the challenge to the denial of the motion to suppress presents substantial issues that require a comprehensive survey of on-point Fourth Amendment precedents to ensure cogent and effective presentation to the Court. Briefing this issue has proved more labor-intensive than counsel had hoped.

Other logistical issues present continuing obstacles, leading counsel to request a further 21-day extension. The client has just been moved to a different BOP facility, and may be en route to another. In counsel's experience, such moves add even further difficulty to efforts to

schedule client calls.[1] Counsel was out of the country on vacation July 14 to 24. Also in July, counsel devoted many hours to a time-sensitive amicus brief in the *United States v. Chief Judge Russell* litigation in the United States District Court for the District of Maryland.

Counsel has conferred with the Government's counsel, who has consented to the requested extension.

WHEREFORE, Counsel requests that the Court extend the deadline from August 13, 2025, to September 3, 2025, to file Appellant's opening brief and the joint appendix.

Respectfully submitted:

 /s/ *Steven M. Klepper*
Steven M. Klepper
Kramon & Graham, P.A.
750 East Pratt Street, Suite 1100
Baltimore, Maryland 21202
(410) 752-6030
sklepper@kg-law.com

*Appointed Counsel for Appellant*

---

[1] Since 2020, it typically takes counsel weeks of repeated contact with BOP officials to schedule client calls.

**Certificate of Service**

I hereby certify that, on August 8, 2025, I filed a copy of this motion with the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ *Steven M. Klepper*
Steven M. Klepper