# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
      Plaintiff - Appellee,

    v.

RYAN E. DALES,
      Defendant - Appellant.

No. 25-4202

## UNITED STATES'S UNOPPOSED FINAL MOTION
## TO EXTEND TIME TO FILE A RESPONSE BRIEF

The government hereby moves the Court for a final extension of time to file a response brief, which will move the briefing deadline past the winter holidays into the early new year. *See* Fed. R. App. P. 26(b); 4th Cir. R. 31(c). Our brief is currently due on December 23, 2025. *See* Dkt. 30. We seek to extend this deadline by 3 weeks, resulting in a new and final deadline of Tuesday, January 13, 2026. Appellant Ryan Dales's counsel has been informed of this motion and "do[es] not oppose" it.

The government sets forth below the extraordinary circumstances showing the need for the relief sought. The undersigned is new to this appeal and did not play a role in the proceedings below, which include suppression proceedings, a 5-day jury trial on some counts (resulting in a guilty verdict), and a conditional plea of guilty to other counts. In the past month, which covers all of the Court's last extension of time, the undersigned has: (1) finished drafting and filed the response brief in No.

1

25-4006, *United States v. Kenneth Watford* (filed Nov. 21, 2025); (2) substantively reviewed and edited the response brief in No. 25-4107, *United States v. Igor Yasinov* (filed Nov. 21, 2025); (3) drafted and filed the motion to dismiss the appeal in No. 25-4273, *United States v. Ejike Asiegbunam* (filed Nov. 25, 2025); (4) drafted and filed the supplemental 28 U.S.C. § 2255 response in D. Md. No. 1:04-cr-232, *United States v. Solothal Thomas* (filed Dec. 2, 2025); (5) drafted and filed the response brief in No. 25-4217, *United States v. Michael Windom* (filed Dec. 8, 2025); (6) prepared for and delivered oral argument in No. 24-4422, *United States v. Michael Brandon* (argued Dec. 11, 2025); and (7) substantively reviewed and edited the response brief in No. 25-4218, *United States v. Stephen Snyder* (to be filed Dec. 17, 2025). Because of this work, which represents only a fraction of the work he does as his office's Appellate Chief, the undersigned was able to turn his attention to this appeal starting only on Friday, December 12, 2025 (after he finished listening to his office's oral argument in No. 21-4541, *United States v. Mosley*, which took place that morning, and discussed the argument with the AUSA who presented it).

The undersigned's need to file the motion to dismiss the appeal in *Asiegbunam* as both untimely and partially barred by a valid waiver of appeal could not have been anticipated because it was brought about by the Court's November 25th entry of a supplemental briefing order after Asiegbunam's counsel had filed an *Anders* brief. Similarly, the need to file the supplemental § 2255 response in *Thomas* could not

have been anticipated because it was brought about by the Court's December 1st dismissal of Thomas's related appeal, which prompted him to argue to the district court that it should now grant him § 2255 relief. Likewise, the undersigned had to substitute himself for the AUSA who drafted the response brief and filed the original oral argument acknowledgement form in *Brandon* because that AUSA left the U.S. Attorney's Office last month. What is more, after the undersigned turned to this case following his oral argument in *Brandon* on December 11 and his colleague's oral argument in *Mosley* on December 12, he had to spend all of this Monday and likely much of today substantively reviewing and editing in successive rounds the response brief in *Snyder*, which another AUSA has drafted and which is due before the Court today. Further, yesterday, the undersigned had to step in on short notice to represent the Fourth Circuit in the Department's Appellate Chiefs' Working Group, which required him to review and summarize recent circuit caselaw. Finally, he is required to attend his office's annual training tomorrow. And throughout the past few weeks, the undersigned has also unexpectedly had to work on time-sensitive matters that arose in district court and required him to provide rapid analysis and guidance.

Although the undersigned has been able to review most of the district court record for this appeal, the unexpected influx of time-sensitive work in other matters as well as the approaching winter holidays (during which the undersigned is going to be on leave and travelling outside the jurisdiction with his family **from December**

**20, 2025, to January 4, 2026,** to visit their extended family in three different states) constitutes exceptional circumstances justifying a 3-week extension that will move the deadline to the early new year. Again, Dales does not oppose this relief.

The undersigned has been diligently working on this brief when he can during workdays and his nights and weekends, and he does not request this final extension of time for purposes of delay but because of all his other responsibilities as his office's Appellate Chief, which he works long hours to complete. Finally, the other Appellate AUSA in the undersigned's unit is also laboring under a heavy caseload and currently has 6 response briefs due in the next 4 weeks.

**WHEREFORE,** the government respectfully asks that the Court grant this unopposed motion and extend until Tuesday, January 13, 2026, our time to file a response brief.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

/s/ David C. Bornstein
Assistant United States Attorney
Chief, Appellate Division
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4800

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION
AND TYPEFACE AND TYPE-STYLE REQUIREMENTS**

This motion complies with the type-volume limitation set forth in Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains <u>861</u> words.

This motion also complies with the typeface and type-style requirements in Fed. R. App. P. 32(a)(5) and (a)(6) because it has been prepared in a proportionally spaced serif typeface and plain, roman style using Times New Roman in 14 point.

Dated:  December 17, 2025.          <u>/s/ David C. Bornstein</u>
                                     Assistant United States Attorney