FILED: December 17, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4202
(1:23-cr-00026-GLR-1)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RYAN E. DALES, a/k/a Ryan Dales

Defendant - Appellant

_____

O R D E R
_____

The court denies the motion for extension of time to file a response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk