**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
    Plaintiff - Appellee,

    v.                                                    No. 25-4202

RYAN E. DALES,
    Defendant - Appellant.

**UNITED STATES'S AMENDED MOTION TO RECONSIDER IN PART
UNOPPOSED REQUEST FOR FINAL EXTENSION OF TIME**

The United States respectfully moves the Court to partially reconsider our unopposed motion for a final extension of time to file a brief. *See* 4th Cir. R. 27(b). After the Court denied our last motion to extend time, which sought to extend the deadline past the winter holidays, *see* Dkts. 31, 32, the undersigned pushed back his family's departure to visit extended family and then absented himself from several family gatherings over the past week to work on and try to finish the government's response brief. The undersigned had hoped to finish the brief today, but the process of cutting words and manually creating tables for the brief's front matter (while on the road) has taken longer than expected. Thus, although the brief is substantially complete, it is not yet in its final form, requiring until tomorrow—a 2-business-day extension from its current deadline—to file it. Accordingly, the undersigned asks the Court to partially reconsider its denial of the final extension of time.

1

The United States requests in particular a final extension of two business days, which (on speaking with the case manager) would extend the briefing deadline until Tuesday, December 30, 2025, because the Court was closed from Wednesday to Friday of last week. *See* Fed. R. App. P. 26(a)(1)(C). Although the undersigned still has several family gatherings with multiple different parts of his extended family over the next week, the undersigned has already completed substantial parts of the brief and will be able to complete the rest of it tomorrow. Mr. Dales's counsel was recently informed of this motion and has not yet responded.

As noted in the undersigned's initial motion, in the past 5 weeks, which covers all of the Court's last extension of time, the undersigned has: (1) finished drafting and filed the response brief in No. 25-4006, *United States v. Kenneth Watford* (filed Nov. 21, 2025); (2) substantively reviewed and edited the response brief in No. 25-4107, *United States v. Igor Yasinov* (filed Nov. 21, 2025); (3) drafted and filed the motion to dismiss the appeal in No. 25-4273, *United States v. Ejike Asiegbunam* (filed Nov. 25, 2025); (4) drafted and filed the supplemental 28 U.S.C. § 2255 response in D. Md. No. 1:04-cr-232, *United States v. Solothal Thomas* (filed Dec. 2, 2025); (5) drafted and filed the response brief in No. 25-4217, *United States v. Michael Windom* (filed Dec. 8, 2025); (6) prepared for and delivered oral argument in No. 24-4422, *United States v. Michael Brandon* (argued Dec. 11, 2025); and (7) substantively reviewed and edited the response brief in No. 25-4218, *United States*

2

*v. Stephen Snyder* (filed Dec. 17, 2025). Because of this work, which represents only a fraction of the work he does as his office's Appellate Chief, the undersigned was able to turn his attention to this appeal starting only in mid-December.

The undersigned does not request this final extension of time for purposes of delay but because of all his other responsibilities as his office's Appellate Chief, which he works long hours to complete.

**WHEREFORE,** the government respectfully asks that the Court grant this unopposed motion for a two-business-day extension and thus extend until Tuesday, December 30, 2025, our time to file a response brief.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

/s/ David C. Bornstein
Assistant United States Attorney
Chief, Appellate Division
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4800

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION AND TYPEFACE AND TYPE-STYLE REQUIREMENTS

This motion complies with the type-volume limitation set forth in Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains <u>538</u> words.

This motion also complies with the typeface and type-style requirements in Fed. R. App. P. 32(a)(5) and (a)(6) because it has been prepared in a proportionally spaced serif typeface and plain, roman style using Times New Roman in 14 point.

Dated:  December 29, 2025. <u>/s/ David C. Bornstein</u>
Assistant United States Attorney